IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


RICHARD ROBINSON                                                    PLAINTIFF


v.                              Civil No. 6:16-cv-6036


MAJOR P. ARNOLD, et al.                                            DEFENDANTS

## ORDER


Before the Court is the Report and Recommendation filed December 7, 2016, by the

Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.

(ECF No. 6).   Plaintiff is a prisoner currently incarcerated in the Arkansas Department of

Correction Ouachita River Unit. Plaintiff filed a *pro se* action pursuant to 42 U.S.C. § 1983

alleging that his constitutional rights were violated because he is required to wear a spit-mask

and restraints while undergoing his kidney dialysis treatment. (ECF No. 1). Judge Bryant

recommends that Plaintiff's claims against all Defendants should be dismissed pursuant to 28

U.S.C. §§ 1915(e)(2)(B)(i-iii) and 1915A(a) because none of Plaintiff's allegations can be

construed as valid claims for violation of federal law or the United States Constitution. In

addition, Judge Bryant recommends that the dismissal of the action be considered a "strike"

pursuant to 28 U.S.C. § 1915(g).

No party has filed objections to the Report and Recommendation, and the time to object

has passed.   *See* 28 U.S.C. § 636(b)(1).   Upon review, the Court adopts the Report and

Recommendation *in toto*.   Accordingly, Defendant's motion is **DISMISSED WITHOUT**

**PREJUDICE**. In addition, the Clerk of Court is directed to place a § 1915(g) strike flag on the case.

      **IT IS SO ORDERED**, this 30th day of December, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge
